UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 21-05172-AB (ASx) | Date: | August 20, 2021 |
| Title: | Lucia Cortez et al v. Parkwest Rehabilitation Center, LLC et al | | |

Present: The Honorable   **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | Chia Mei Jui |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

Scott Charles Glovsky   Lann Gottesman McIntyre

**Proceedings:** 1) DEFENDANTS' MOTION TO DISMISS PLAINTIFF LUCIA CORTEZ' COMPLAINT [8];
2) DEFENDANTS' MOTION TO DISMISS PLAINTIFF RACHEL KAUFMAN'S COMPLAINT [10];
3) PLAINTIFFS' MOTION TO REMAND [13]
(Video Conference-Zoom)

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motions under submission.